UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES L. DIXIE II,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN DUFFY, Warden<br><br>    Respondent. | No. CV 15-05718-JLS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: October 05, 2015

_____
JOSEPHINE L. STATON
United States District Judge