JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES L. DIXIE II,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN DUFFY, Warden<br><br>        Respondent. | No. CV 15-05718-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: October 05, 2015

_____
JOSEPHINE L. STATON
United States District Judge